**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re  Jesse Len Jones                                          ,)
[Set forth here all names including married, maiden, and trade  )
names used by debtor within last 6 years.]                      )
                                                        Debtor  )   Case No. 04-65041
                                                                                  )
Employer's Tax Identification (EIN) No(s)[if any] _____ )
                                                          )   Chapter  7
Last four digits of Social Security No(s). [if any] 1928    )

Jesse Len Jones                                , )
                       Plaintiff      )
                      v.              )
Hartford Fire Insurance Company                , )   Adv. Proc. No. 05-80247
                       Defendant

CERTIFICATE OF MAILING

The deputy clerk indicated below of the United States Bankruptcy Court for the Northern District of New York at Utica, hereby certifies that on this date a true copy of the foregoing document was mailed via either the United States Postal Service or sent electronically to registered users of the Northern District of New York CM/ECF system as shown below:

David G. Goldbas, Esq.
258 Genesee Street
Utica, NY 13502

Date: 10/11/06                                            /s/ Thomas Schaaf
                                                                                    Deputy Clerk

O:M101(1/15/2004)U